


KENNETH J. COLLINS CSB 100579
Attorney at Law
P.O. Box 1193
Arcata, CA  95518
(707)822-1611 fax 822-1044
aew1950@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Kathleen Susan Miles,<br>                    Plaintiff,<br><br>        vs.<br><br>Michael J. Astrue, Commissioner of Social Security,<br>                    Defendant | Case No.:  11-5007-NJV<br><br>STIPULATION IN SUPPORT OF PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME |

        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff  Kathleen Miles may have a second extension until May 18, 2012, in which to file plaintiff's Motion for Summary Judgment.

Dated:  March 20, 2012                              /s/ Kenneth J. Collins_____
                                                                    KENNETH J. COLLINS
                                                                    Attorney for Plaintiff

//




1 | Dated:  March 20, 2012

/s/ Sundeep R. Patel
As authorized by email 3/20/12
2 | SUNDEEP R. PATEL
SSA, Assistant Regional Counsel, Region IX

3

4 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6 | Dated: __4/24/12_____

7 | Hon. Nandor J. Vadas
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24