


1  KENNETH J. COLLINS CSB 100579
   Attorney at Law
2  P.O. Box 1193
   Arcata, CA  95518
3  (707)822-1611 fax 822-1044
   aew1950@yahoo.com
4  Attorney for Plaintiff

5

6

7

8

9

10                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

   Kathleen Susan Miles,                    Case No.:  11-5007-NJV
14              Plaintiff,
                                            STIPULATION IN SUPPORT OF
15        vs.                               PLAINTIFF'S SECOND REQUEST
                                            FOR EXTENSION OF TIME
16  Michael J. Astrue, Commissioner of Social
    Security,
17              Defendant

18

19        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

20  approval of the Court, that Plaintiff  Kathleen Miles may have a second extension until May 18,

21  2012, in which to file plaintiff's Motion for Summary Judgment.

22  Dated:  March 20, 2012                   /s/ Kenneth J. Collins
                                             KENNETH J. COLLINS
23                                           Attorney for Plaintiff

24  //




1

Dated:  March 20, 2012

/s/ Sundeep R. Patel
As authorized by email 3/20/12
SUNDEEP R. PATEL
SSA, Assistant Regional Counsel, Region IX

2

3

4

PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

Dated: _4/24/12_____

7

Hon. Nandor J. Vadas
United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24